FIRST NATIONAL BANK OF PEORIA, Trustee U/W Rae Perkins, Deceased, to the Use of William D. HARKINS, v. ELMO, Inc., Elmo Sales Corporation, Margaret Dryden Moore, Mary Henderson, Mark Elmo, G. W. Dunn, R. H. Lyon, F. J. Moran, and Vincent DeP. Henderson.

Appeal of ELMO, Inc., Margaret Dryden Moore, Mark Elmo, R. H. Lyon, and F. J. Moran.

No. 9468.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 17, 1947.

Decided Nov. 26, 1947.

Francis Thomas Anderson, of Philadelphia, Pa. (William A. Gray, of Philadelphia, Pa., on the brief), for appellants.

H. S. Baile, of Philadelphia, Pa. (J. Wesley McWilliams and George Wharton Pepper, both of Philadelphia, Pa., on the brief), for appellees.

Before MARIS, O'CONNELL, and KALODNER, Circuit Judges.

PER CURIAM.

The question which this appeal raises is whether there is in the case such diversity of citizenship between the parties plaintiff and defendant, when properly realigned according to their real interests, as will support the jurisdiction of the district court. The district court decided that diversity of citizenship was lacking and dismissed the complaint. We are satisfied, for the reasons stated in the opinion filed by Judge Kirkpatrick in the district court, 74 F. Supp. 731, that its determination was right.

The judgment will accordingly be affirmed.

George F. LEWIS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 87, Docket 20690.

Circuit Court of Appeals, Second Circuit.

Dec. 15, 1947.

George A. Dickinson, of New York City, for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., and Helen R. Carloss, A. F. Prescott, and Louise Foster, Sp. Assts. to Atty. Gen., for respondent.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Decision affirmed on the opinion of the Tax Court of the United States, 8 T.C. 770.